UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROSSI, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>REUBEN TIMOTHY PURVIS, III, et al.,<br><br>   Defendants. | Case No. 23-cv-04148-PCP<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiffs StormQuant and Edward Rossi filed this action against StormQuant's former CEO Reuben Timothy Purvis III, his wife Heather Purvis, and an LLC established by the Purvises. On July 24, 2024, the Court granted defendants' motion to compel arbitration, ordering that the parties proceed with arbitration according to the terms of their Restricted Stock Purchase Agreement. Dkt. No. 39. At defendants' request, the Court also stayed the case pending arbitration pursuant to 9 U.S.C. § 3. *See Smith v. Spizzirri*, 601 U.S. 472, 475–76 (2024). Because plaintiffs have not initiated arbitration in the subsequent fourteen months, defendants now request that the case be dismissed. Dkt. No. 44. Plaintiffs have not opposed that request. The Court therefore exercises its discretion to dismiss the case without prejudice. *See Spizzirri*, 601 U.S. at 475–76.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____

P. Casey Pitts
United States District Judge